Sedona Rice G245476
Name and Prisoner/Booking Number

Estrella Jail J 41
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ, 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 1 8 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Sedona Lynn Rice,
(Full Name of Plaintiff)

Plaintiff,

v.

AKA. Sheriff
(1) Gedard A Sheridan,
(Full Name of Defendant)

(2) State of Arizona,

(3) Estrella Jail,

(4) Does 1-20 Inclusive,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV26-03540-PHX-JAT--CDB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury trial demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Estrella Jail, Phoenix

Revised 12/1/23                    1

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: Gerard A. Sheridan . The first Defendant is employed as: Sheriff of maricopa County  at Estrella Jail .
        (Position and Title)  Sheriff office        (Institution)

2.   Name of second Defendant: State of Arizona . The second Defendant is employed as: as: Employee of mcso  at Estrella Jail .
        (Position and Title)          (Institution)

3.   Name of third Defendant: Estrella Jail . The third Defendant is employed as: Employee of state of Arizona  at Estrella .
        (Position and Title)          (Institution)

4.   Name of fourth Defendant: Does 1-20 Inclusive . The fourth Defendant is employed as: Unknown  at Unknown .
        (Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?         ☐ Yes        ☑ No

2.   If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

   a.  First prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   b.  Second prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

   c.  Third prior lawsuit:
      1.   Parties: _____ v. _____
      2.   Court and case number: _____.
      3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: S.M.R.S.A.S. 1742-G 2023-Me. Legis. Serv. Ch. 592 (h.P7415) (L.d.1173) (West)             .

2. **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: unhealthy conditions, Black mold/ect.

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

Section 1742-G Bureau of general services:
Inventory of asbestos head Black mold, radon and other substances that maybe harful to human health in State-owned and State heased buildings
Estrella Jail has all unhealthy conditions of confinement Black mold fell from the air vent, I have been ill due to these conditions
The state of Arizona and Gerard A. sheridan of Estrella Jail are fully aware of these conditions. Black mold is All OVER THE PODS

Dates are unavilable to me.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
cough, headaches, ear and throat infections, skin rash, Ituning, resp infections, skin infections. ect.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
    _____ See Count 1 Page 3 _____.

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____ See Count 1 Page 3 to MCSO _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____ See Count 1 Page 3 to MCSO _____
    _____
    _____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☑ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count II?         ☑ Yes    ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level? ☑ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____.

4

**COUNT III**

1.  State the constitutional or other federal civil right that was violated: _____
    _____ See count 1 page 3 _____.

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property        ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: ___ Bad mold ___.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    _____ See count 1 Page 3 to Estrella Jail _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____ See count 1 Page 3 to Estrella Jail _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count III?           ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Monetary damages and removal From Estrella Jail

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-08-2026

DATE                                    SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# CERTIFICATION

I hereby certify that on this date      **MAY 1 2 2026** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and two (2) copies to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Defendant _____

____ Other _____

____ _____

____ _____

_____     _____
Legal Support Specialist Signature        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009